UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:
Tammy Sue Erwin

CASE NO. 16-21278-KL
CHAPTER 13

Debtor

### AGREED ORDER

Comes now the Chapter 13 Trustee, Wells Fargo Bank, N.A., ("Wells Fargo"), by counsel, and Debtor, by counsel, and agree as follows:

1. As of May 17, 2017 the Debtor has a post-petition arrearage owed to Wells Fargo in the amount of $1,309.44.

2. The post-petition payments are due for April 1, 2017 through May 1, 2017 at $746.54 each, less a suspense balance of $183.64.

3. On May 9, 2017 the Chapter 13 Trustee released $1,309.44 to Wells Fargo. As of May 17, 2017 Wells Fargo has not yet applied the disbursement to the account. Once applied, the loan will be post-petition current.

4. The post-petition default of $1,309.44 shall be cured by no later than May 31, 2017.

5. Post-petition payments to Wells Fargo shall resume with the June 1, 2017 post-petition due date.

6. In the event that there is a default of three (3) or more post-petition mortgage payments to Wells Fargo after June 1, 2017, Wells Fargo may file a Notice of Default with the Court, Chapter 13 Trustee and Debtor's attorney and the Court shall enter an order granting Wells Fargo's Motion to Modify the Automatic Stay and Request for Abandonment without further notice or hearing.

7. This Agreed Order resolves Wells Fargo's Motion to Modify the Automatic Stay and Request for Abandonment filed on March 1, 2017.

SO ORDERED THIS: _____

JUDGE, UNITED STATES BANKRUPTCY COURT

REVIEWED AND APPROVED:

_____  5/22/17
Dan L. Whitten            Date
Attorney for Debtor
Attorney At Law
6183 Central Avenue
Portage, IN 46368
219-763-6012
whitten33@aol.com

_____  5/22/2017
Michael J. Kulak          Date
Attorney for Creditor
Codilis Law, LLC
8050 Cleveland Place
Merrillville, IN 46410
(219) 736-5579
bankruptcy@codilis.com

_Julia M Hoham, Attorney for_     5-22-17
Paul R. Chael                              Date
Chapter 13 Trustee
401 W. 84th Drive
Suite C
Merrillville, IN 46410
219-650-4015
ecf@pchael13.com

Atty File: 1024178